No. 89–5370. CLIFFORD v. MILLER. Sup. Ct. N. M. Certiorari denied.

No. 89–5371. AVERHART, AKA AZANIA v. MARTIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–5377. VINSON v. TEXAS BOARD OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–5379. DEMPSEY v. SOMERVILLE HOSPITAL ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–5381. GARCIA v. ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5384. HURD v. DORSEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89–5387. PERKINS v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 89–5389. YOUNG v. PATTERSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–5390. RODGERS v. RUSSELL, SUPERINTENDENT, LIMA CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 89–5391. MARTIN v. CITY OF TULSA. Ct. Crim. App. Okla. Certiorari denied.

No. 89–5393. RIGGINS v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 89–5400. LOCKERT v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–5402. MALCOLM v. JONES ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–5405. CROY v. DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.